FILED'11 JAN 05 15:25USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHERRILL FORD-TORRES,                          Civil No. 06-914-AA
                                                            ORDER
        Plaintiff,

    vs.


CASCADE VALLEY TELECOM, INC., an Oregon
corporation; JADENT, INC., an Oregon
corporation; ROBERT O'SHEA; DENNIS O'SHEA;
TOM O'SHEA; and N.W. CASCADE MARKETING INC.,
an Oregon corporation,

        Defendants.
_____

AIKEN, Chief Judge:

    Based on this court's opinion granting defendants' motions

for summary judgment on all remaining claims and dismissing

defendants Jadent, Inc., Dennis O'Shea, and Tom O'Shea from this

lawsuit, this case is remanded to the Oregon state courts for

resolution.

IT IS SO ORDERED.

Page 1 - ORDER

Dated this _____ day of January 2011.


_____
Ann Aiken
United States District Judge