FILED'11 JAN 13 12:49USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHERRILL FORD-TORRES,                              Civil No. 06-914-AA
                                                              ORDER
       Plaintiff,

  vs.

CASCADE VALLEY TELECOM, INC., an Oregon
corporation; JADENT, INC., an Oregon
corporation; ROBERT O'SHEA; DENNIS O'SHEA;
TOM O'SHEA; and N.W. CASCADE MARKETING INC.,
an Oregon corporation,

       Defendants.

_____

AIKEN, Chief Judge:

    The case is reopened for the single and specific purpose of granting defendants Jadent, Inc., Dennis O'Shea and Tom O'Shea's motion for entry of supplemental judgment for costs (doc. 209). This court previously issued an order awarding costs in the amount of $725.00; and now enters a supplemental judgment in favor of defendants Jadent, Inc., Dennis O'Shea, and Tom O'Shea,

Page 1 - ORDER

and against plaintiff, in the amount of $725.00.  <u>See</u> Or. Rev. Stat. 24.115(1).

IT IS SO ORDERED.

Dated this 13th day of January 2011.

*/s/ Michael R. Hogan, for*
Ann Aiken
United States District Judge